UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case No. 23-42467-lsg |
| Latrice Ratliff, | Chapter 13 |
| Debtor. _____/ | Judge Lisa S. Gretchko |

**PROOF OF SERVICE**

The undersigned certifies that on May 11, 2023, a copy of the Withdrawal of Notice of State of Michigan Unfiled Tax Returns, was served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

| | |
|---|---|
| Krispen S. Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI  48226 | James P. Frego<br>23843 Joy Road<br>Dearborn Heights, MI  48127 |

                                  */s/ Nicole Gregory*
                                  Nicole Gregory
                                  Secretary to:
                                  Moe Freedman (P74224)
                                  Assistant Attorney General
                                  Cadillac Place
                                  3030 W. Grand Blvd., Suite 10-200
                                  Detroit, MI  48202
                                  (313) 456-0140

Dated:  May 11, 2023