UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                            Case No. 23-42467-lsg

Latrice Ratliff,                           Chapter 13

                Debtor.                           Judge Lisa S. Gretchko
_____/

## PROOF OF SERVICE

       The undersigned certifies that on May 11, 2023, a copy of the Withdrawal of Notice of State of Michigan Unfiled Tax Returns, was served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

| | |
|---|---|
| Krispen S. Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI  48226 | James P. Frego<br>23843 Joy Road<br>Dearborn Heights, MI  48127 |

                                         */s/ Nicole Gregory*
                                         Nicole Gregory
                                         Secretary to:
                                         Moe Freedman (P74224)
                                         Assistant Attorney General
                                         Cadillac Place
                                         3030 W. Grand Blvd., Suite 10-200
                                         Detroit, MI  48202
                                         (313) 456-0140

Dated:  May 11, 2023